IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

SHONDOLYN BLEVINS,

    Petitioner,

v.                      Case No.    4:17cv443-MW/GRJ

WARDEN, FCI TALLAHASSEE,

    Respondent.

_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 28, and has also reviewed *de novo* Petitioner's objections to the report and recommendation, ECF No. 29. Accordingly,

**IT IS ORDERED**:

The report and recommendation is **accepted and adopted**, over Petitioner's objections, as this Court's opinion. The Clerk shall enter judgment stating, "Respondent's motion to dismiss the petition for failure to exhaust, ECF No. 16, is **GRANTED** and, alternatively, the petition for writ of habeas corpus, ECF No. 1, is **DENIED**." The Clerk shall close the file.

**SO ORDERED** on November 5, 2018.

                                      **s/ MARK E. WALKER**
                                      **Chief United States District Judge**