IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**SHONDOLYN BLEVINS,**

*Petitioner*,

v.  Case No.: 4:17cv443-MW/GRJ

**WARDEN, FCI HAZELTON,**

*Respondent*.
_____/

# ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 52. Upon consideration, no objections having been filed by the parties,[1]

**IT IS ORDERED:**

The report and recommendation, ECF No. 52, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Petitioner's § 2241 Petition for Writ of Habeas Corpus, ECF No. 1, is **DENIED**." The Clerk shall close

---

[1] BOP records indicate that Petitioner is not in BOP custody. *See* https://www.bop.gov/inmateloc/ (last visited August 10, 2021).

the file.

**SO ORDERED on August 10, 2021.**

**s/Mark E. Walker              **
**Chief United States District Judge**
