# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**SHONDOLYN BLEVINS,**

    *Petitioner*,

v.                                              Case No.: 4:17cv443-MW/GRJ

**WARDEN, FCI TALLAHASSEE,**

    *Respondent*.

_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 52, and has also reviewed *de novo* Petitioner's objections, ECF No. 63. Accordingly,

    **IT IS ORDERED**:

The report and recommendation, ECF No. 52, is **accepted and adopted**, over the Petitioner's objections, as this Court's opinion. The Clerk shall enter judgment stating, "Petitioner's § 2241 Petition for Writ of Habeas Corpus, ECF No. 1, is **DENIED**." The Clerk shall close the file.

    **SO ORDERED on November 15, 2021.**

                                                  s/Mark E. Walker
                                                  **Chief United States District Judge**